UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND TIMOTHY MILLS, JR., <br><br> Petitioner, <br><br> v. <br><br> WARDEN P.D. BRAZELTON, <br><br> Respondent. | CASE NO. ED CV 12-725-PA (PJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has not filed any objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

    Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability is denied.  *See* Rules Governing Section 2254 Cases in the United States District Courts, Rule 11(a); 28 U.S.C. § 2253(c)(2);

1 | Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336
2 | (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4 | DATED:     July 30, 2012

7 |                   PERCY ANDERSON
                  UNITED STATES DISTRICT JUDGE

28 | C:\Temp\notes6B490C\12-725 Order accep r&r.wpd