UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROLAND TIMOTHY MILLS, JR., | ) | CASE NO. ED CV 12-725-PA (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| WARDEN P.D. BRAZELTON, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 30, 2012

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notes6B490C\12-725 Judgment.wpd